# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Professional Police Services, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00422-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Steven Lamphere | ) | |
| Housing Authority of the City of Charlotte, N.C. | | |
| Allison Preston, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

_____
Frank G. Johns, Clerk
United States District Court